UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARLOS TORRES-LUGO** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-00210** |
| **BP EXPLORATION & PRODUCTION INC., ET AL** | **SECTION A(5)** |

### JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendants, BP Exploration & Production, Inc. and BP America Production Company, and against the plaintiff, Carlos Torres-Lugo, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 27th day of September 2023.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

1 Rec Doc 163